UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROE, a minor, by and through her Guardian ad Litem, JUSTIN SLAGLE,<br><br>         Plaintiff,<br><br>v.<br><br>GROSSMONT UNION HIGH SCHOOL DISTRICT et al.,<br><br>         Defendants. | Case No.: 19-CV-1966-CAB-BGS<br><br>**ORDER REGARDING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM**<br><br>**[Doc. No. 3.]** |

This matter is before the Court on Plaintiff Roe's Petition for Appointment of Guardian Ad Litem. [Doc. No. 3.]

The Petition states that Justin Slagle is the father of Minor Plaintiff Roe with legal and physical custody, and requests the Court appoint Justin Slagle as guardian ad litem. [Doc. No. 3 at ¶¶ 2-3.] It is unclear why it is necessary to separately appoint Mr. Slagle as guardian ad litem in this lawsuit, when it appears that he is a general guardian who can sue on his child's behalf. *See Doe ex rel. Sisco v. Weed Union Elementary Sch. Dist.*, No. 2:13-CV-01145-GEB, 2013 WL 2666024, at *1 (E.D. Cal. June 12, 2013) (holding that parents' application for appointment as guardian ad litem was unnecessary, noting that "Rule 17(c)(1)(A) permits a 'general guardian' to sue in federal court on behalf of a minor, and '[a] parent is a guardian who may so sue.'"); *see also* Fed. R. Civ. P. 17(c).

Accordingly, the Petition to appoint Justin Slagle as the guardian ad litem for Plaintiff Roe is **DENIED WITHOUT PREJUDICE**. Petitioner may re-file the petition with citation to legal authority and explanation as to why the appointment of a guardian ad litem is necessary in this case.

**IT IS SO ORDERED**.

Dated: October 11, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge